## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:
ANGELA RENEE LEWIS                                          CASE NO. 18-14121
                                                            CHAPTER 7

### MOTION TO AVOID NONPOSSESSORY, NONPURCHASE MONEY LIEN

COME(S) NOW the Debtor(s), by and through counsel, and files this Motion to Avoid Nonpossessory, Nonpurchase Money Lien of 1st Franklin Financial pursuant to 11 U.S.C. § 522(f) and Federal Rules of Bankruptcy Procedure 4003(d) and 9014 and for cause will show as follows:

1. The Debtor(s) exempted certain household goods of the type set forth in 11 U.S.C. § 522(f)(1)(B), as listed on Schedule C filed by the Debtor in this bankruptcy case.

2. The existence of the Creditor's nonpossessory, nonpurchase money lien against the Debtor(s)' property impairs exemptions to which the Debtor is entitled to under Title 85, Chapter 3 of the Mississippi Code and 11 U.S.C. § 522(b).

WHEREFORE the Debtor(s) pray(s) that the lien of Creditor, 1st Franklin Financial, be avoided and extinguished as to Debtor(s)' exempt property.

Respectfully submitted this the 8th day of May, 2019.

/s/ Miranda Linton Williford
Miranda Linton Williford

Miranda Linton Williford
Attorney at Law, PLLC
P.O. Box 1331
Southaven, MS 38671
(662) 349-1130
TNB# 032654

CERTIFICATE OF SERVICE

      I, Miranda Linton Williford, Attorney for the above listed Debtor(s), do hereby certify that I have this day mailed by U.S. Mail, postage prepaid, true and correct copies of the Motion to Avoid Lien to the Registered Agent for 1st Franklin Financial at the address listed below.  I further certify that I have delivered via electronic notification a true and correct copy of the foregoing Motion to Avoid Lien to the Chapter 7 Trustee and the United States Trustee at the email addresses listed below.

    1st Franklin Financial
    c/o James  P  Smith  III
    1811 W Main St, Ste D
    Tupelo,  Ms 38803


    Henry J. Applewhite
    happlewhite@applewhitelaw.com, happlewhite@ecf.epiqsystems.com

    U.S. Trustee: USTPRegion05.AB.ECF@usdoj.gov


    THIS the 8th day of May,  2019.

                                             /s/ Miranda Linton Williford
                                            Miranda Linton Williford


Miranda Linton Williford
Attorney at Law, PLLC
P.O. Box 1331
Southaven, MS 38671
(662) 349-1130
TNB# 032654